MJM/USAO 2018R00821

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 APR -8 PM 1:00

CLERK'S OFFICE
AT BALTIMORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. ELH-19-0175 |
| | * (Theft of Government Property, |
| DONNA MARIE SIEGLEIN, | * 18 U.S.C. §641; Aiding and Abetting, 18 |
| | * U.S.C. § 2) |
| Defendants. | * |
| | *** |

## CRIMINAL INFORMATION

The United States Attorney for the District of Maryland charges that:

Between on or about August 10, 2018, and November 1, 2018, in the District of Maryland, the defendant,

**DONNA MARIE SIEGLEIN,**

willfully and knowingly did embezzle, steal, purloin, and converted for her use and the use of another, and without authority, sold, conveyed, and disposed of any record, voucher, money, and thing of value of the United States and any department and agency thereof, and any property made or being made under contract for the United States and any department and agency thereof, to wit, the defendant stole, and aided and abetted the theft of, personal electronics merchandise belonging to the United States Navy with a total value of at least approximately $62,111.

18 U.S.C. § 641
18 U.S.C. § 2

_Robert K. Hur_ /MJM
Robert K. Hur
United States Attorney

1